# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

See attached.

E-filing

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

See attached.



CW

**TO:** (Name and address of defendant)
Clifford Gregory Escobar, Individually and doing business as Escobar & Escobar Concrete Construction;
Catherine Joy Escobar, Individually and doing business as Escobar & Escobar Concrete Construction;
Escobar & Escobar Concrete Construction
28 G Quail Run Circle
Salinas, CA 93903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry E. Hinkle, Bar No. 071223
Nicole M. Phillips, Bar No. 203786
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                                    DATE _____
CLERK

MARY ANN BUCKLEY

(BY) DEPUTY CLERK

NDCAO440

**Attachment to Summons in a Civil Case**

THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,

v.

CLIFFORD GREGORY ESCOBAR, Individually, CLIFFORD GREGORY ESCOBAR, Individually and doing business as ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION; CATHERINE JOY ESCOBAR, Individually, CATHERINE JOY ESCOBAR, Individually and doing business as ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION; and ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION

118855/493730