| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA  94501-1023 | (510) 337-1001 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034689-04 | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>United States District Court, | | |
| SHORT NAME OF CASE<br>THE BOARD OF TRUSTEES vs. ESCOBAR | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 2535 CW |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons & Complaint; Order Setting Initial Case Management Conference; Notice Of Availablility Of Magistrate Judge To Exercise Jurisdiction; Civil Case Cover Sheet; ECF Registration Information Handout;

Name of Defendant: CATHERINE JOY ESCOBAR, INDIVIDUALLY AND DOING BUSINESS AS ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION
Person Served: CLIFFORD G. ESCOBAR
Title: APPARENTLY IN CHARGE

Date of Delivery: 06/02/08
Time of Delivery: 03:55 pm

Place of Service: 28 G QUAIL RUN CIRCLE
SALINAS, CA 93907                                    (Business)

Date of Mailing: 06/02/08
Place of Mailing: SAN FRANCISCO

Manner of Service:
**Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left. (CCP 415.20(b) ) (F.R.CIV. P. 4 (e) (1)) FRCP 4 D**

Fee for service:    $ 29.75

| JUDICIAL COUNCIL FORM, RULE #982 (A)(23) | |
|---|---|
| [X] Registered: . . . . MONTEREY . . . . . County,<br>Number:. . . . . . . 112<br>Expiration Date:<br>RAPID SERVE<br>210 Fell Street, # 19<br>San Francisco, CA 94102<br>(415) 882-2266<br>304/00034689-04 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.<br>on: . . . . . . . . . June 13, 2008 . . . . . . . ,<br>at: . . . . . . . . . San Francisco . . . . , California.<br>Signature: _____<br>Name: NORA WUSTRACK<br>Title: (i) Independent contractor |