| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA  94501-1023 | (510) 337-1001 | |
| | REFERENCE NUMBER<br>00034689-01 | |
| ATTORNEY FOR (NAME) | | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>United States District Court, | | |
| SHORT NAME OF CASE<br>THE BOARD OF TRUSTEES vs. ESCOBAR | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 2535 CW |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons & Complaint; Order Setting Initial Case Management Conference; Notice Of Availablility Of Magistrate Judge To Exercise Jurisdiction; Civil Case Cover Sheet; ECF Registration Information Handout;

Name: CLIFFORD GREGORY ESCOBAR, INDIVIDUALLY

Date of Delivery: June 2, 2008    HDATE:
Time of Delivery: 03:55 pm

Place of Service: 28 G QUAIL RUN CIRCLE
SALINAS, CA 93907                                         **(Business)**

Manner of Service:    **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:    $ 69.50

| JUDICIAL COUNCIL FORM, RULE #982 (A)(23) | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
|---|---|
| [X] Registered: . . . . MONTEREY . . . . . County,<br>Number: . . . . . . . .112. . . . . . . . . . . . . .<br>Expiration Date:<br>RAPID SERVE<br>210 Fell Street, # 19<br>San Francisco, CA 94102<br>(415) 882-2266 | on: . . . . . . . . . June 13, 2008 . . . . . . . ,<br>at: . . . . . . . . . San Francisco . . . . , California.<br><br>Signature: _____<br>Name: NORA WUSTRACK<br>Title: (i) Independent contractor |

302/00034689-01