1  BARRY E. HINKLE, Bar No. 071223
   NICOLE M. PHILLIPS, Bar No. 203786
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, CA  94501-1091
4  Telephone (510) 337-1001
   Attorneys for Plaintiffs
5

6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 THE BOARD OF TRUSTEES, in their         ) No.  CV 08 2535 CW
   capacities as Trustees of the LABORERS  )
11 HEALTH AND WELFARE TRUST FUND           )
   FOR NORTHERN CALIFORNIA; LABORERS       )
12 VACATION-HOLIDAY TRUST FUND FOR         )
   NORTHERN CALIFORNIA; LABORERS           ) **NOTICE OF RELATED CASES**
13 PENSION TRUST FUND FOR NORTHERN         )
   CALIFORNIA; and LABORERS TRAINING       )
14 AND RETRAINING TRUST FUND FOR           )
   NORTHERN CALIFORNIA,                    )
15                                         )
                Plaintiffs,                )
16                                         )
         v.                                )
17                                         )
   CLIFFORD GREGORY ESCOBAR,               )
18 Individually, CLIFFORD GREGORY          ) Complaint Filed:  May 19, 2008
   ESCOBAR, Individually and doing business as )
19 ESCOBAR & ESCOBAR CONCRETE              )
   CONSTRUCTION; CATHERINE JOY             )
20 ESCOBAR, Individually, CATHERINE JOY    )
   ESCOBAR, Individually and doing business as )
21 ESCOBAR & ESCOBAR CONCRETE              )
   CONSTRUCTION; and ESCOBAR &             )
22 ESCOBAR CONCRETE CONSTRUCTION           )
                                           )
23              Defendants.                )
                                           )
24 _____)

25
         PLEASE TAKE NOTICE, that the undersigned has reason to believe that this case is
26
   related to another case in this Court, pursuant to Civil Local Rule 3-12 and, Plaintiffs file this
27
   Notice of Related Cases.  Plaintiffs believe this case is related to a case pending before the
28

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

NOTICE OF RELATED CASES
No.  CV 08 2535 CW

Honorable William H. Alsup.

1. <u>Related Case:</u>

*The Board Of Trustees, In Their Capacities As Trustees Of The Cement Masons Health And Welfare Trust Fund For Northern California; Cement Masons Pension Trust Fund For Northern California; Cement Masons Vacation/Holiday Trust Fund For Northern California; Cement Masons Apprenticeship And Training Trust Fund For Northern California, Clifford Gregory Escobar, Individually; Clifford Gregory Escobar, Individually and doing business as Escobar & Escobar Concrete Construction; Catherine Joy Escobar, Individually; Catherine Joy Escobar, Individually and doing business as Escobar & Escobar Concrete Construction; and Escobar & Escobar Concrete Construction,* Case No. C 08-02557 WHA, filed May 20, 2008.

2. <u>Relationship of the Actions:</u>

These actions are related as defined by Civil Local Rule 3-12(b) in that they involve the same Defendants and same questions of law. Also, Plaintiff Trust Funds in both actions are administered by the same Third Party Administrator and represented by the same legal counsel.

Both actions concern the Defendants failure to comply with its collective bargaining agreement and the Trust Agreements establishing the Plaintiff Trust Funds in both cases, which require the Defendants in both cases to timely submit contribution reports and fringe benefit contributions to Plaintiff Trust Funds. Both cases allege virtually identical causes of action pursuant to the Employee Retirement Income Security Act (hereinafter "ERISA"), 29 U.S.C. § 1001, et seq. and the Labor Management Relations Act (hereinafter "LMRA"), 29 U.S.C. § 185.

3. <u>Assignment of the Actions</u>:

Plaintiffs believe that the assignment of this action to the Honorable Claudia Wilken will conserve judicial resources and promote an efficient determination of the actions. This case was filed on May 19, 2008. The related case, Case No. CV 08-2557 WHA, was filed on May 20, 2008. As the older case, Plaintiffs respectfully request that this Court enter a related case Order.

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1  For the reasons stated above, Plaintiffs respectfully request that a related case Order be
2  entered respecting this new case listed above.

3  Dated:  July 29, 2008

                                WEINBERG, ROGER & ROSENFELD
                                A Professional Corporation


                                By:     /s/
                                    NICOLE M. PHILLIPS
                                    Attorneys for Plaintiffs

118855/501035

NOTICE OF RELATED CASES
No.  CV 08 2535 CW