1  BARRY E. HINKLE, Bar No. 071223
2  NICOLE M. PHILLIPS, Bar No. 203786
   WEINBERG, ROGER & ROSENFELD
3   A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, CA  94501-1091
   Telephone (510) 337-1001
5  Facsimile (510) 337-1023
   Attorneys for Plaintiffs
6

7  ROBERT K. CARROL, State Bar No. 81277
   rcarrol@nixonpeabody.com
8  JOSHUA M. HENDERSON, State Bar No. 197435
   jhenderson@nixonpeabody.com
9  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
10 San Francisco, California 94111-3600
   Telephone: (415) 984-8200
11 Fax:  (415) 984-8300

12 Attorneys for Defendants
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>CLIFFORD GREGORY ESCOBAR, Individually, CLIFFORD GREGORY ESCOBAR, Individually and doing business as ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION; CATHERINE JOY ESCOBAR, Individually, CATHERINE JOY | No.   CV 08 2535 CW<br><br>Related Case:<br><br>No.   CV 08-02557 CW<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT; (PROPOSED) ORDER**<br><br>**Date:** August 26, 2008<br>**Time:** 2:00 a.m.<br>**Courtroom:** 2, 4th Floor |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT/(PROPOSED) ORDER**

| | |
|---|---|
| 1  ESCOBAR, Individually and doing business as ) <br> ESCOBAR & ESCOBAR CONCRETE ) <br> 2  CONSTRUCTION; and ESCOBAR & ) <br> ESCOBAR CONCRETE CONSTRUCTION ) <br> 3                                                                      ) <br>                                                                         ) <br> 4          Defendants.                                      ) | |
| 5 | |
| 6  THE BOARD OF TRUSTEES, in their <br> capacities as Trustees of the CEMENT <br> 7  MASONS HEALTH AND WELFARE TRUST <br> FUND FOR NORTHERN CALIFORNIA; <br> 8  CEMENT MASONS PENSION TRUST FUND <br> FOR NORTHERN CALIFORNIA; CEMENT <br> 9  MASONS VACATION/HOLIDAY TRUST <br> FUND FOR NORTHERN CALIFORNIA; <br>10  CEMENT MASONS APPRENTICESHIP AND <br> TRAINING TRUST FUND FOR NORTHERN <br>11  CALIFORNIA, <br>12          Plaintiffs, <br>13       v. <br>14 <br>15  CLIFFORD GREGORY ESCOBAR, <br> Individually, CLIFFORD GREGORY <br>16  ESCOBAR, Individually and doing business as <br> ESCOBAR & ESCOBAR CONCRETE <br>17  CONSTRUCTION; CATHERINE JOY <br> ESCOBAR, Individually, CATHERINE JOY <br>18  ESCOBAR, Individually and doing business as <br> ESCOBAR & ESCOBAR CONCRETE <br>19  CONSTRUCTION; and ESCOBAR & <br> ESCOBAR CONCRETE CONSTRUCTION <br>20 <br>21          Defendants. | No.     CV 08-02557 CW <br><br> Related Case: <br><br> No.     CV 08 2535 CW |

The parties to the above-entitled actions jointly submit this Case Management Conference Statement and Proposed Order and request that the Court adopt it as its Case Management Order in this case.

**A.    FACTS AND ALLEGATIONS**

The Plaintiffs in the consolidated matter are Trustees representing Laborers Union or

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT/(PROPOSED) ORDER**

Cement Masons Union employee benefit plans created by written Trust Agreements subject to and pursuant to section 302 of the Labor Management Relations Act (29 U.S.C. § 186) and multi-employer employee benefit plans within the meaning of sections 3, 4 and 502 of ERISA (29 U.S.C. §§ 1002, 1003 and 1132).

At all relevant times herein, Defendants CLIFFORD GREGORY ESCOBAR, Individually, CLIFFORD GREGORY ESCOBAR, Individually and doing business as ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION; CATHERINE JOY ESCOBAR, Individually, CATHERINE JOY ESCOBAR, Individually and doing business as ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION; and ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION have been employers within the meaning of section 3(5) and section 515 of ERISA (29 U.S.C. §§ 1002(5), 1145) and employers in an industry affecting commerce within the meaning of section 301 of the LMRA (29 U.S.C. § 185).  Defendants have also been a member of the Associated General Contractors (hereinafter "AGC"), and by virtue of such membership, became subject to all the terms and conditions of the Laborers Master Agreement (hereinafter "Laborers Agreement") and the Cement Masons Master Labor Agreement (hereinafter "Cement Masons Agreement").

The Laborers and Cement Masons Agreements provide for prompt payment of all delinquent contributions to the various Trust Funds, and provide for the payment of interest on all delinquent contributions, liquidated damages, attorneys' fees, and other collection costs, and for the audit of the signatory employer or employers' books and records in order to permit the Plaintiffs to ascertain whether all fringe benefit contributions have been timely paid as required by the applicable labor agreements and law.

Plaintiffs THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, (hereinafter "Laborers Trust Funds") allege that Defendants have failed, neglected, or refused to make timely fringe benefit contributions to the Laborers Trust Funds as required by the Laborers Agreement and Trust

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT/(PROPOSED) ORDER**

Agreements establishing Plaintiff trust funds, and there is now due and owing and unpaid to Plaintiffs contributions in the sum estimated to be at least $101,399.47, and liquidated damages in the amount estimated to be at least $8,867.81 for hours reported, but not paid, for the months of August 2007 and October 2007 through February 2008, and liquidated damages for hours reported and paid, but paid late, for the period of September 2005 through July 2007 in the amount estimated to be at least $12,836.64.

Plaintiffs THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, allege that Defendants have failed, neglected, or refused to make timely fringe benefit contributions as required by the Cement Masons Agreement and Trust Agreements establishing Plaintiff Cement Masons Trust Funds and there is now due and owing and unpaid to Plaintiff Cement Masons Trust Funds contributions in the sum of at least $236,253.06 and liquidated damages in the sum of at least $22,135.80 for hours reported, but not paid, for the months of October 2005 through March 2008, and liquidated damages for hours reported and paid, but paid late, for the period of August 2004 through October 2007 in the sum of at least $61,896.23.

Plaintiffs bring this suit against Defendants to collect said amounts owed and allege that Defendants breached their contracts with Plaintiff Trust Funds and their fiduciaries under ERISA.

Defendants deny Plaintiffs' material allegations, and further deny that Plaintiffs are entitled to any relief.

**B.    JURISDICTION AND SERVICE**

This action arises under and is brought pursuant to section 502 of the Employee Retirement Income Security Act, as amended (ERISA), 29 U.S.C. § 1132, and section 301 of the Labor Management Relations Act (LMRA), 29 U.S.C. § 185.  The jurisdiction of this Court is founded on

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT/(PROPOSED) ORDER**

28 U.S.C. § 1331.

Venue properly lies in this district court because a substantial part of the events and omissions giving rise to these claims occurred in this district, including, but not limited to Defendants' master agreements with Plaintiffs, which requires that trust fund contributions are due and payable in the County of San Francisco.

All parties have been served and appeared.

## C. LEGAL ISSUES

1. What amounts, if any, are properly owed to the Trust Funds for contributions, liquidated damages, interest, and audit costs for violations of the Defendant's collective bargaining agreement and Trust Agreements referenced therein.

2. Whether the Complaints in either action state a claim upon which relief can be granted.

3. Whether, at the relevant periods of time referenced in the Complaint, there was an agreement between the Unions and any defendant.

4. Whether all or part of each of Plaintiffs' claims for relief is barred by the relevant statutes of limitations.

5. Whether these actions are barred by the equitable doctrines of laches and estoppel.

6. Whether Plaintiffs have waived their right to recover, if any.

7. Whether this action is preempted, in whole or in part, by section 301 of the Labor Management Relations Act, 29 U.S.C. § 185.

8. Whether this action is preempted, in whole or in part, by the National Labor Relations Act, as amended, 29 U.S.C. §§ 151 *et seq.*

## D. MOTIONS

Plaintiffs and Defendants anticipate filing cross motions for summary judgment or summary adjudication.

## E. AMENDMENT OF PLEADINGS

None anticipated.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT/(PROPOSED) ORDER**

**F.  EVIDENCE PRESERVATION**

The parties have taken necessary steps to preserve all relevant evidence presently in their respective possession and control.

**G.  DISCLOSURES**

The parties will exchange initial disclosures prior to the Case Management Conference.

**H.  DISCOVERY**

The parties do not agree to any limitation regarding discovery, other than the limitations specified in the Federal Rules of Civil Procedure; however, they do agree that April 30, 2009 be set as the discovery cut-off date.

**I.  CLASS ACTIONS**

The instant matter is not a class action.

**J.  RELATED CASES PENDING**

Per this Court's Order, this matter, filed on May 19, 2008, was consolidated with Case No. C 08-02557 WHA, filed May 20, 2008.  The parties know of no other related case pending.

**K.  RELIEF**

Plaintiff Laborers Trust Funds pray judgment against Defendants, and each of them, as follows:

1. That Defendants be ordered to pay the amount of $105,831.59 plus interest thereon;

2. That Defendants be ordered to pay liquidated damages in the amount of $23,021.41 plus interest thereon;

3. That Defendants be ordered to pay actual damages according to proof;

4. That this Court issue an Order directing and permanently enjoining Defendants to timely submit to Plaintiff Trust Funds, all reports and contributions due and owing by Defendants plus interest, liquidated damages, attorneys' fees, and costs as provided in ERISA sections 502(a)(3) and (g)(2) (29 U.S.C. § 1132(a)(3), (g)(2);

5. That this Court Order permanently enjoining Defendants for so long as it remains obligated to contribute to the Trust Funds, from failing, neglecting, or refusing to timely submit

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT/(PROPOSED) ORDER**

required monthly contributions reports and payments as required by the terms of the collective bargaining agreements, Trust Agreements and ERISA sections 502(a)(3) and (g)(2) (29 U.S.C. § 1132(a)(3), (g)(2));

6. That Defendants be ordered to pay attorney's fees;

7. That Defendants be ordered to pay costs of suit herein;

8. That Defendants be ordered to submit to an audit between Plaintiffs and Defendants;

9. That the Court grant such further relief as this Court deems just and proper; and

10. That this Court retain jurisdiction of this matter to enforce the Order compelling an Audit and payment of all amounts found due and owing.

Plaintiffs Cement Masons Trust Funds pray judgment against Defendants, and each of them, as follows:

1. That Defendants be ordered to pay the amount of $367,310.03 plus interest thereon;

2. That Defendants be ordered to pay liquidated damages in the amount of $137,258.77 plus interest thereon;

3. That Defendants be ordered to pay actual damages according to proof;

4. That this Court issue an Order directing and permanently enjoining Defendants to timely submit to Plaintiff Trust Funds, all reports and contributions due and owing by Defendants plus interest, liquidated damages, attorneys' fees, and costs as provided in ERISA sections 502(a)(3) and (g)(2) (29 U.S.C. § 1132(a)(3), (g)(2);

5. That this Court Order permanently enjoining Defendants for so long as it remains obligated to contribute to the Trust Funds, from failing, neglecting, or refusing to timely submit required monthly contributions reports and payments as required by the terms of the collective bargaining agreements, Trust Agreements and ERISA sections 502(a)(3) and (g)(2) (29 U.S.C. § 1132(a)(3), (g)(2));

6. That Defendants be ordered to pay attorney's fees;

7. That Defendants be ordered to pay costs of suit herein;

8. That Defendants be ordered to submit to an audit between Plaintiffs and Defendants;

9. That the Court grant such further relief as this Court deems just and proper; and

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT/(PROPOSED) ORDER**

10. That this Court retain jurisdiction of this matter to enforce the Order compelling an Audit and payment of all amounts found due and owing.

Defendants request dismissal of the two actions, and an award of attorneys' fees and costs, and such other relief as the Court may deem proper.

**L.   ADR**

The parties agree to participate in a settlement conference.

**M.   CONSENT TO ASSIGNMENT OF THIS CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL:**

Neither of the parties consents to assignment of this case to a United States Magistrate Judge for trial.

**N.   OTHER REFERENCES**

The case is not suitable to binding arbitration, a special master or the Judicial Panel.

**O.   NARROWING OF ISSUES**

The parties believe that the issues may be narrowed by means of cross motions for summary judgment or summary adjudication.

**P.   EXPEDITED SCHEDULE**

The case is not suited for expedited scheduling.

**Q.   SCHEDULING**

The following schedule has been proposed by Defendants.

Discovery cut off:  April 30, 2009

Designation of Experts: March 1, 2009

Dispositive Motion Hearing Date: On or before June 30, 2009

Pretrial Conference:  August 4, 2009

Trial : August 18, 2009

Plaintiffs believe the consolidated matter is neither factually nor legally complex, and request a shorter timeframe, based on the Court's schedule.

A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT/(PROPOSED) ORDER**

**R.   TRIAL**

Trial shall be to the Court.  Plaintiffs anticipate a 2 day trial.  Defendants anticipate a 5 day trial.

**S.   DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

The persons and other entities with an interest in the outcome of this litigation include:

Clifford Gregory Escobar

Catherine Joy Escobar

Escobar & Escobar Concrete Construction

Dated:  August 21, 2008

           WEINBERG, ROGER & ROSENFELD
           A Professional Corporation

           By:  //s//
                NICOLE M. PHILLIPS
                Attorneys for Plaintiffs

Dated:  August 21, 2008

           NIXON PEABODY LLP

           By:  //s//
                JOSHUA M. HENDERSON
                Attorneys for Defendants

118855/503297

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT/(PROPOSED) ORDER**

1 **[PROPOSED] ORDER**

2     The Case Management Statement and Proposed Order is hereby adopted by the Court as the

3 Case Management Order for this case, and the parties are ordered to comply with this Order.

4

5

6                                                _____

7                                                HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

8

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT/(PROPOSED) ORDER**