1  ROBERT K. CARROL, State Bar No. 81277
   rcarrol@nixonpeabody.com
2  JOSHUA M. HENDERSON, State Bar No. 197435
   jhenderson@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
4  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
5  Fax:  (415) 984-8300

6  Attorneys for Defendants
   CLIFFORD GREGORY ESCOBAR,
7  CATHERINE JOY ESCOBAR, and
   ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  THE BOARD OF TRUSTEES, in their capacities          Case No. 08-cv-02535-CW
    as Trustees of the LABORERS HEALTH AND
13  WELFARE TRUST FUND FOR NORTHERN                     Related Case:
    CALIFORNIA; LABORERS VACATION-
14  HOLIDAY TRUST FOR NORTHERN                          Case No. 08-cv-02557 CW
    CALIFORNIA; LABORERS PENSION TRUST
15  FUND FOR NORTHERN CALIFORNIA; and
    LABORERS TRAINING AND RETRAINING                    **DEFENDANTS' CERTIFICATION OF**
16  TRUST FUND FOR NORTHERN                             **INTERESTED ENTITIES OR PERSONS**
    CALIFORNIA,
17                                                      **Local Rule 3-16**

18                          Plaintiffs,

19          vs.

20  CLIFFORD GREGORY ESCOBAR,
    individually, CLIFFORD GREGORY
21  ESCOBAR, individually and doing business as.
    ESCOBAR & ESCOBAR CONCRETE
22  CONSTRUCTION; CATHERINE JOY
    ESCOBAR, individually, CATHERINE JOY
23  ESCOBAR, individually and doing business as
    ESCOBAR & ESCOBAR CONCRETE
24  CONSTRUCTION; and ESCOBAR &
    ESCOBAR CONCRETE CONSTRUCTION,
25

26                          Defendants.

27

28

**CERTIFICATION OF INTERESTED PARTIES**                                    11127858.1
**CASE NO. 08-CV-02535-CW**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that pursuant to L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.    Clifford Gregory Escobar

2.    Catherine Joy Escobar

3.    Escobar & Escobar Concrete Construction

DATED:        8/22/08        Respectfully submitted,

NIXON PEABODY LLP

By:        */s/ Joshua M. Henderson*
ROBERT K. CARROL
rcarrol@nixonpeabody.com
JOSHUA M. HENDERSON
jhenderson@nixonpeabody.com
Attorneys for Defendants
CLIFFORD GREGORY ESCOBAR,
CATHERINE JOY ESCOBAR, and
ESCOBAR & ESCOBAR CONCRETE
CONSTRUCTION

-2-

CERTIFICATION OF INTERESTED PARTIES
CASE NO. 08-CV-02535-CW

11070764.1